IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DYLAN J. WENNEBERG                                                                                         PLAINTIFF

v.                                        CIVIL NO. 3:16-cv-03112-MEF

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                                                              DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Dylan Wenneberg, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (the "Commissioner"). ECF No. 1. On April 26, 2017, Plaintiff filed a Motion to Dismiss. ECF No. 11. Plaintiff now concedes that substantial evidence supports the Commissioner's determination that he was not disabled during the relevant time period. Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 26th day of April, 2017.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE